**Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-19-00965-CR

### EUGENE SHANNON ABNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 610227**

## M E M O R A N D U M   O P I N I O N

Appellant Eugene Shannon Abner was convicted of aggravated sexual assault and sentenced on October 22, 1992. Appellant filed a notice of appeal on December 2, 2019.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26.2 is essential to vest the court of appeals with jurisdiction.

*Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.* Appellant's notice of appeal was filed more than thirty days after sentence was imposed.

We dismiss the appeal for lack of jurisdiction. Because we lack jurisdiction, we take no action on appellant's pending motions.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.

Do Not Publish — Tex. R. App. P. 47.2(b).